IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| SYMBOLOGY INNOVATIONS LLC, | § § § | |
| Plaintiff, | § | CASE NO. 3:19-cv-00377-jdp |
| v. | § § | |
| NATIONAL PRESTO INDUSTRIES, INC. D/B/A PRESTO | § § § | JURY TRIAL DEMANDED |
| Defendant. | § § | |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff Symbology Innovations LLC and Defendant National Presto Industries, Inc. d/b/a Presto, pursuant to Fed. R. Civ. P. 41 (a), hereby move for an order dismissing all claims by Plaintiff against Defendant with prejudice and counterclaims by Defendant against Plaintiff without prejudice, with each party to bear its own costs, expenses and attorney's fees.

Dated: July 2, 2019                                     Respectfully Submitted,

**FISH & RICHARDSON P.C.**                              **FERRAIUOLI LLC**
By: */s/ Neil J. McNabnay*                              */s/ Eugenio J. Torres-Oyola*
Neil J. McNabnay                                        Eugenio J. Torres-Oyola
Ricardo J. Bonilla                                      USDC No. 215505
1717 Main Street, Suite 5000                            221 Plaza, 5th Floor
Dallas, Texas 75201                                     221 Ponce de León Avenue
(214) 747-5070 - Telephone                              San Juan, PR 00917
(214) 747-2091 - Facsimile                              Telephone: (787) 766-7000
mcnabnay@fr.com                                         Facsimile: (787) 766-7001
rbonilla@fr.com                                         Email: etorres@ferraiuoli.com

**COUNSEL FOR DEFENDANT**                               Jean G. Vidal Font
**NATIONAL PRESTO INDUSTRIES,**                         USDC No. 227811
**INC. d/b/a PRESTO**                                   **Ferraiuoli LLC**
                                                        221 Plaza, 5th Floor
                                                        221 Ponce de León Avenue
                                                        San Juan, PR 00917
                                                        Telephone: (787) 766-7000
                                                        Facsimile: (787) 766-7001

Email: jvidal@ferraiuoli.com

**COUNSEL FOR PLAINTIFF
SYMBOLOGY INNOVATIONS LLC**

**SO ORDERED,** this _____ day of _____, 2019.

_____
Honorable James D. Peterson